### GORDON *v.* GORDON.

SIMMONS, C. J.   1. On the hearing of an attachment for contempt against a husband for failing to pay to his wife temporary alimony which has been theretofore ordered by the judge, it is within the judge's discretion to modify his former order so as to reduce the amount.   He has power in such a proceeding to adjudge that part of the costs to be paid by the wife.

2. The discretion given the judge by the code was not abused in the present case.   Civil Code, § 2459.

>   *Judgment affirmed.   All the Justices concurring, except Fish, J., absent.*

>   Submitted May 17, — Decided June 7, 1900.

Rule for contempt.   Before Judge Hart.   Greene superior court.   August term, 1899.

*Joseph Pearce Brown*, for plaintiff.
*Samuel H. Sibley* and *Park & Merritt*, for defendant.

---

### NICHOLSON *v.* GORDY, administrator.

LITTLE, J.   No error of law having been committed, and the evidence fully sustaining the verdict which was rendered, the court did not err in overruling the motion for a new trial.

>   *Judgment affirmed.   All the Justices concurring, except Fish, J., absent.*

>   Submitted May 18, — Decided June 7, 1900.

Complaint.   Before Judge Butt.   Chattahoochee superior court.   September term, 1899.

*L. McLester* and *C. J. Thornton*, for plaintiff in error.
*J. E. Chapman* and *G. Y. Tigner*, contra.